UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOSEPH GILARDI, JR.                               CIVIL ACTION

VERSUS                                            NO: 06-8269

FIDELITY AND DEPOSIT CO. OF MARYLAND              SECTION: "K"(3)

ORDER

Before the Court is Plaintiff's Motion to Remand (Rec.Doc.No. 7), wherein Plaintiff contends that the amount in controversy requirement is not met for the purposes of exercising subject matter jurisdiction under 28 U.S.C. § 1332 (diversity). The Court has previously addressed the amount in controversy requirement in the context of a motion to remand in *Rush v. American Security Ins. Co.*, No. 06-5345 (E.D. La. removed Aug. 28, 2006). In *Rush*, the Court held that if it is not facially apparent from the state court pleading that the amount in controversy exceeds $75,000, then the defendant must show by a preponderance of evidence that such is the case. *Id.*, at p. 6.

Here, it is not apparent from the face of the petition that the amount in controversy

exceeds $75,000, and Defendant offers no evidence to support its allegation that the amount in controversy requirement is met. Defendant simply offers evidence that the policy limits exceed $75,000 without any evidence establishing the potential value of the claim. Defendant also claims the amount in controversy requirement is met by virtue of the fact that Plaintiff seeks attorney's fees and penalties. Following the standards set forth in *Rush*, the Court finds that removal was improper and jurisdiction does not exist under 28 U.S.C. § 1332. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Remand (Rec.Doc.No. 7) is **GRANTED** and the case is **REMANDED**.

New Orleans, Louisiana, on this  26th day of January, 2007.

**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE**